Hudson Portland Cement Company, Appellant, v. Edmund Fain and Simon Fain, Respondents.— Appeal dismissed, with costs.   No opinion.   Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of John J. Collins, as Executor, etc., of David Pearson, Deceased, Respondent.   St. Mary's Hospital of the City of Brooklyn, Appellant.   William Wallace Pearson and Others, Respondents.— Decree of the surrogate of Kings county affirmed, with costs, on the authority of *Pearson* v. *Collins* (113 App. Div. 657).   Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Estate of Patrick White, Deceased.   Anne Mary Cleary and Catherine Gorman, Appellants;   William Watson and Others, Respondents.— Order of the Surrogate's Court of Kings county affirmed, without costs.   No opinion.   Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Alice Judson, Respondent, v. John T. Mills, Jr., Appellant, Impleaded with Harriet A. R. Mills, Defendant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Josephine Lecent, Respondent, v. John Bourcier, as Administrator, etc., of Charles Bourcier, Deceased, Appellant.— Judgment of the Municipal Court affirmed, with costs.   No opinion.   Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.